1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBN 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  TIMOTHY A. RAZEL, NYSBN 4742573
5  Special Assistant United States Attorney
         6401 Security Boulevard
6        Baltimore, Maryland 21235
7        Telephone: (212) 264-0534
         E-Mail: timothy.razel@ssa.gov
8  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY JO MIDDLETON,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 1:22-cv-01240-SKO<br><br>**ORDER GRANTING STIPULATION AND UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT**<br><br>**(Doc. 20)** |

IT IS STIPULATED by and between Plaintiff, Betty Jo Middleton ("Plaintiff"), and Defendant, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge ("ALJ") for a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Dated: April 20, 2023                  */s/ Jonathan Omar Pena*
                                       JONATHAN OMAR PENA
                                       Attorney for Plaintiff
                                       *Authorized via e-mail on April 20, 2023

                                       PHILLIP A. TALBERT
                                       United States Attorney
                                       MATHEW W. PILE
                                       Associate General Counsel
                                       Social Security Administration

                           By:         */s/ Timothy A. Razel*
                                       TIMOTHY A. RAZEL
                                       Special Assistant United States Attorney

                                       Attorneys for Defendant

**ORDER**

Based upon the parties' foregoing Stipulation and Unopposed Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 20), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and thereafter close this case.

IT IS SO ORDERED.

Dated:  **April 21, 2023**                         */s/ Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND